IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NOBLE BLACKERBY, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION NO. |
| | :   1:07-CV-1728-RWS |
| GOVERNOR SONNY PURDUE, | : |
| | : |
|     Defendant. | : |
| | : |

**ORDER**

Plaintiff, while incarcerated, has on at least three (3) occasions filed actions which were dismissed as frivolous pursuant to 28 U.S.C. § 1915. On October 2, 2007, the Court entered an Order [3] dismissing this action as frivolous.

Plaintiff moves this Court to reconsider its Order of October 2, 2007, and moves to amend his Complaint to state identical claims against the State of Georgia. Plaintiff states no valid grounds for the relief he seeks, and any amendment to his Complaint would be futile. The State of Georgia is not liable under § 1983 for the unconstitutional acts of its subordinates on the basis of *respondeat superior* or vicarious liability. Hartley v. Parnell, 193 F.3d 1263,

1269 (11th Cir. 1999).  Therefore, his Motion for Reconsideration [5] is hereby

**DENIED**.

    **SO ORDERED**, this   29th   day of January, 2008.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE